The People of the State of New York, Respondent, v Devine R. Worthy, Appellant. (Appeal No. 1.) [794 NYS2d 553]—

Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 16, 2002. The judgment convicted defendant, upon a jury verdict, of criminal possession of stolen property in the third degree and unauthorized use of a vehicle in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: In appeal No. 1, defendant appeals from a judgment convicting him upon a jury verdict of criminal possession of stolen property in the third degree (Penal Law § 165.50) and unauthorized use of a vehicle in the second degree

(§ 165.06). In appeal No. 2, he appeals from an order directing him to pay restitution, including a 5% designated surcharge, in the amount of $3,242.79. We reject defendant's contention that the verdict is against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). We further reject defendant's contention that the amount of restitution ordered is not supported by the record (*see generally* § 60.27 [2], [4] [b]; *People v Swank*, 278 AD2d 861 [2000], *lv denied* 96 NY2d 807 [2001]). The uncontroverted evidence at the restitution hearing established that an insurance company paid $2,557.96 for repairs to the vehicle and that the victim had rental car expenses and paid a comprehensive deductible totaling $530.41. Those amounts, together with the designated surcharge, total the amount of restitution ordered. The sentence is not unduly harsh or severe. Present—Hurlbutt, J.P., Scudder, Gorski, Pine and Lawton, JJ.